UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:22-cv-869

| | |
|---|---|
| MAURICE WELLS, JR. ) ) Plaintiff, ) ) v. ) ) SHERIFF TERRY S. JOHNSON, ) in his Official Capacity as Sheriff ) of Alamance County, North ) Carolina ) ) Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** (Rule 41(a)(1)(A)(i), F.C.R.P.) |

Plaintiff, through undersigned counsel of record and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that it voluntarily dismisses this action, <u>without prejudice</u>.

Respectfully submitted, this the 21st day of November 2022.

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ *Lorin J. Lapidus*
Lorin J. Lapidus
N.C. State Bar No. 33458
Phone: 336.774.3329
lorin.lapidus@nelsonmullins.com
Chelsea K. Barnes
N.C. State Bar No. 53378
Phone: 336.774.3397
chelsea.barnes@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103

Cory Patterson
N.C. State Bar No. 39973
One Wells Fargo Center
301 South College Street
23rd Floor
Charlotte, NC 28202
Phone 704.417.3154
cory.patterson@nelsonmullins.com


FIRST AMENDMENT CLINIC AT DUKE LAW SCHOOL


*/s/ Sarah Ludington*
Sarah Ludington
N.C. State Bar No. 19997
ludington@law.duke.edu
C. Amanda Martin
N.C. State Bar No. 21186
amanda.martin@duke.edu
Telephone: 919.613.7048
Fax: 919.613.7262
210 Science Drive
Durham, NC 27708

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *Lorin J. Lapidus*
Lorin J. Lapidus, NC State Bar No. 33458
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: (336) 774-3300
Fax: (336) 774-3299
lorin.lapidus@nelsonmullins.com