UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:22-cv-869

| | |
|---|---|
| MAURICE WELLS, JR., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>SHERIFF TERRY S. JOHNSON, in )<br>his Official Capacity as Sheriff of )<br>Alamance County, North Carolina, )<br> )<br>Defendant. ) | **DEFENDANT'S<br>RESPONSE TO PLAINTIFF'S<br>VOLUNTARY DISMISSAL** |

NOW COMES Defendant Terry S. Johnson, in his official capacity, and states although Plaintiff has not offered any reason substantiating the need for his proposed Voluntary Dismissal without Prejudice ("Voluntary Dismissal"), or for dismissing this action without prejudice, Defendant does not oppose Plaintiff's proposed Voluntary Dismissal. (DE 9.)

This the 28th day of November, 2022.

BY: /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
CRANFILL SUMNER LLP
Attorney for Defendant
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
Email: phf@cshlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2022 the foregoing *Defendant's Response to Plaintiff's Voluntary Dismissal* was filed electronically with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This the 28th day of November, 2022.

/s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
CRANFILL SUMNER LLP
Attorney for Defendant
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
Email: phf@cshlaw.com